**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Professional Investors 48, LLC

**3. Other names you know the debtor has used in the last 8 years**

None.

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

84 – 3537563
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 350 Ignacio Blvd. <br> Number  Street | <br> Number  Street |
| Suite 300 | <br> P.O. Box |
| Novato  CA  94949 <br> City  State  ZIP Code | <br> City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Marin <br> County | <br> Number  Street |
| | <br> City  State  ZIP Code |

Official Form 205  Involuntary Petition Against a Non-Individual  page 1

Debtor  Professional Investors 48, LLC                        Case number (*if known*) _____
        Name

| 6. Debtor's website (URL) | https://www.investorspfi.com/ |

**7. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
☒ Yes. Debtor  Professional Financial Investors, Inc.   Relationship  Affiliate
       District  Northern District of California   Date filed  07/26/2020 (MM/DD/YYYY)   Case number, if known  20-30604

       Debtor  _____   Relationship  _____
       District  _____   Date filed  _____   Case number, if known  _____

**Part 3:  Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

| Debtor | Professional Investors 48, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Professional Financial Investors, Inc. | Management fees and administrative costs | $ 49,978.02 |
| | | Total of petitioners' claims | $ 49,978.02 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Professional Financial Investors, Inc.
Name

350    Ignacio Blvd., Suite 300
Number   Street

Novato                    CA            94949
City                      Country       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Andrew Hinkelman
Name

350    Ignacio Blvd., Suite 300
Number   Street

Novato                    CA            94949
City                      Country       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/03/2021
            MM / DD / YYYY

X /s/ Andrew Hinkelman (DocuSigned, F880F69AB4BC4E3...)
Signature of petitioner or representative, including representative's title
Proposed Chief Restructuring Officer

| | |
|---|---|
| Debtor | Professional Investors 48, LLC_____ Case number (*if known*)_____ |
| | Name |

**Attorneys**

Ori Katz and J. Barret Marum
Printed name

Sheppard, Mullin, Richter & Hampton LLP
Firm name, if any

Four Embarcadero Center, 17th Floor
Number   Street

San Francisco                              CA                        94111
City                State       ZIP Code

Contact phone   415-434-9100                 Email  okatz@sheppardmullin.com/ bmarum@sheppardmullin.com

Bar number   Ori Katz (209561)/J. Barret Marum (228628)

State   California

x /s/ Ori Katz
  DocuSigned by: 9720AECF2C1A466...

Date signed   02/03/2021
              MM / DD / YYYY